## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Mario Short

                            Plaintiff,

v.                                                     Case No.: 1:15−cv−11203

                                                       Honorable Sharon Johnson Coleman

Derbywire, Inc., et al.

                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 8, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 3/8/2016. Defendants' Motion to Dismiss for Failure to State a Claim[13] is entered and continued. Status hearing set for 3/11/2016 is stricken and reset to 4/11/2016 at 09:00 AM. If the matter is not resolved by the next date, a briefing schedule will be set on the motion to dismiss. Application by Thomas G. Haskins for leave to appear pro hac vice [16] is granted. Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.