## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Mario Short

        Plaintiff,

v.               Case No.: 1:15−cv−11203
                Honorable Sharon Johnson Coleman

Derbywire, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 11, 2016:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 4/11/2016. This case is dismissed without prejudice for 30 days to 5/11/2016. If no motion to reinstate is filed by said date, the dismissal will automatically convert to a dismissal with prejudice on 5/12/2016. Defendant's motion to dismiss [13] is stricken as moot. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.